**In the Matter of the Care and Treatment of Norman TOLER a/k/a Norman L. Toler, a/k/a Norman Lee Toler, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78056**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 17, 2015

Erika Eliason, Columbia, MO, Counsel for Appellant.

Mary Moore, Jefferson City, MO, Counsel for Respondent.

Before Division Four: Alok Ahuja, Chief Judge Presiding, Thomas H. Newton, and Lisa White Hardwick, JJ.

### ORDER

Per Curiam:

Mr. Norman Lee Toler appeals the judgment of indefinite secure confinement in the custody of the Missouri Department of Mental Health as a sexually violent predator (SVP).

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).